# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, vs. **MICHAEL DEWAYNE BURTON,** Defendant. | **CR 16-32-GF-BMM** **ORDER** |

Upon unopposed motion of the United States and for good cause shown,

IT IS ORDERED that the Information filed pursuant to 21 U.S.C. § 851 (Doc. 102) against MICHAEL DEWAYNE BURTON is DISMISSED.

DATED this 11th day of October, 2016.

Brian Morris
United States District Court Judge

1