**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>vs.<br><br>**MICHAEL DEWAYNE BURTON and JACQUELINE MARIE KIRKALDIE,**<br><br>Defendants. | **CR 16-32-GF-BMM**<br><br><br><br>**FINAL ORDER OF FORFEITURE** |

This matter comes before the Court on the United States' Motion for Final Order of Forfeiture. Having reviewed said motion, the Court FINDS:

1. The United States commenced this action pursuant to 21 U.S.C. § 881(a)(11);

2. A Preliminary Order of Forfeiture was entered on September 29, 2016;

1

3. All known interested parties were provided an opportunity to respond and that publication has been effected as required by 18 U.S.C. § 982(b)(1) and 21 U.S.C. § 853(n)(1);

4. There appears there is cause to issue a forfeiture order under 21 U.S.C. § 881(a)(11);

It is therefore ORDERED, DECREED, AND ADJUDGED that:

1. The Motion for Final Order of Forfeiture is GRANTED.

2. Judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 21 U.S.C. § 881(a)(11), free from the claims of any other party:

- Smith & Wesson, model M&P 40, .40 caliber, semi-automatic pistol, with serial number DTC7484;

- 15 rounds of .40 caliber ammunition;

- Ruger, model 10/22, .22 caliber, semi-automatic rifle, with serial number 245-90696;

- 26 rounds of .22 caliber ammunition;

- Winchester, model 290, .22 caliber, semi-automatic rifle, with serial number B1513050;

- 27 rounds of .22 caliber ammunition;

- Remington, model 7400, .30-06 caliber, semi-automatic rifle, with serial number B8132053; and

- 21 rounds of .30-06 caliber ammunition.

3. The United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

Dated this 15th day of December, 2016.

_____
Brian Morris
United States District Court Judge